**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Martin GARCIA–VISCARRA,
Defendant—Appellant.**

No. 07–50128.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2008.*

Filed Oct. 22, 2008.

Julie J. Shemitz, Esq. Michael J. Raphael, Esq., Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Martin Garcia–Viscarra, Lompoc, CA, pro se.

Gene D. Vorobyov, Esq., San Francisco, CA, for Defendant–Appellant.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, RYMER, and THOMAS, Circuit Judges.

MEMORANDUM **

Martin Garcia–Viscarra appeals from his guilty-plea conviction and 72–month sentence for conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. § 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garcia–Viscarra's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Garcia–Viscarra has filed pro se briefs. The government has filed a motion to dismiss the appeal, as well as an answering brief.

Garcia–Viscarra conditionally waived the right to appeal his sentence, with the exception of the district court's determination of his criminal history category and certain conditions of supervised release. Our examination of the briefs and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicate that the appeal waiver is operative. Accordingly, we dismiss the appeal in part. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

With regard to Garcia–Viscarra's conviction, the determination of his criminal history category, and the conditions of supervised release from which he retained the right to appeal, our independent review of

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the record discloses no arguable grounds for relief, and we affirm.

Counsel's motion to withdraw is **GRANTED.**

The government's motion to dismiss is **GRANTED in part.**

Garcia–Viscarra's pro se motion to compel counsel to address the reasonableness of his sentence is **DENIED.**

**AFFIRMED in part; DISMISSED in part.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.